Nicola A. Pisano (CA Bar No. 151282)
npisano@foley.com
Jose L. Patiño (CA Bar No. 149568)
jpatino@foley.com
Justin E. Gray (CA Bar No. 282452)
jegray@foley.com
**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130-3302
Telephone:  858.847.6700
Facsimile:   858.792.6773

Attorneys for Defendant and Counter-Plaintiff
RESHAPE MEDICAL LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FULFILLIUM, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESHAPE MEDICAL LLC, SV HEALTH INVESTORS, LLC, AND RESHAPE LIFESCIENCES, INC., <br><br> Defendants. | Case No. 2:17-cv-08419-RGK-PLA <br><br> **RESHAPE MEDICAL LLC'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF STANDING** |
| RESHAPE MEDICAL LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> FULFILLIUM, INC., <br><br> Counter-Defendant. | Date:    July 2, 2018 <br> Time:    9:00 a.m. <br> Place:   Roybal, Courtroom 850, 8th Fl. <br> Judge:   Hon. R. Gary Klausner |

Case No. 2:17-cv-08419-RGK-PLA

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 2, 2018, or as soon thereafter as the matter may be heard, in Courtroom 850, on the 8th Floor of the United States District Court for the Central District of California, located in the Edward R. Roybal Federal Building and United States Courthouse at 255 East Temple Street, Los Angeles, CA 90012, Defendant ReShape Medical LLC ("ReShape Medical") will and does move this Court for an Order to dismiss Fulfillium Inc.'s claims of infringement of U.S. Patent Nos. 9,445,930, 9,456,915, and 9,808,367 for lack of standing pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(7).

This Motion is made following the pre-filing conference of counsel pursuant to Local Rule 7-3, which took place on May 16, 2018. This Motion is based upon this Notice of Motion and the concurrently-filed Memorandum of Points & Authorities in Support of ReShape Medical LLC's Motion to Dismiss for Lack of Standing, the Declaration of Justin E. Gray in Support of ReShape Medical LLC's Motion to Dismiss for Lack of Standing and the exhibits thereto, the Federal Rules of Civil Procedure, the files and records of this Court, and any and all other materials submitted to the Court on or before the time of its decision on this matter.

DATED: June 4, 2018

Respectfully submitted,

FOLEY & LARDNER LLP

*/s/ Nicola A. Pisano*
Nicola A. Pisano (CA Bar No. 151282)
   npisano@foley.com
Jose L. Patiño (CA Bar No. 149568)
   jpatino@foley.com
Justin E. Gray (CA Bar No. 282452)
   jegray@foley.com
**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130-3302
Telephone:  858.847.6700
Facsimile:   858.792.6773

Attorneys for Defendant and Counter-Plaintiff
RESHAPE MEDICAL LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on June 4, 2018.              FOLEY & LARDNER LLP


                                       */s/ Nicola A. Pisano*
                                       Nicola A. Pisano (CA Bar No. 151282)
                                         npisano@foley.com

                                       Attorney for Defendant and Counter-Plaintiff
                                       RESHAPE MEDICAL LLC